**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LILIANA T.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | **EP-26-cv-02124-KC-RFC** |
| **COMMISSIONER OF SOCIAL SECURITY,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**ORDER**

On this day, the Court considered Plaintiff's Motion to Proceed *in Forma Pauperis* [hereinafter "Mot."], ECF No. 1, and attached Complaint, ECF No. 1-1. The case was first assigned to United States District Judge Kathleen Cardone, then referred to the undersigned magistrate. After due consideration, the Court **GRANTS** Plaintiff's Motion.

"The federal *in forma pauperis* statute . . . is designed to ensure that indigent litigants have meaningful access to the federal courts" by allowing them to commence legal actions in federal court even if they are unable to pay the costs associated with filing. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989) (citing *Adkins v. E.I. DuPont de Nemours & Co.,* 335 U.S. 331, 342–343 (1948)). To be granted *in forma pauperis* status, applicants must show that they are "unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). After considering Plaintiff's income, assets, and financial circumstances, *see* Mot., the Court finds that Plaintiff lacks sufficient resources to cover the costs of filing.[1]

---

[1] Plaintiff is advised that a district court must dismiss a claim brought *in forma pauperis* at any time if it determines the claim is "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii)

Accordingly, the Court **ORDERS**:

1. Plaintiff's Motion, ECF No. 1, is **GRANTED**;
2. the Clerk of the Court **SHALL DOCKET** the Complaint, ECF No. 1-1, and Civil Cover Sheet, ECF No. 1-2; and
3. the Clerk of the Court **SHALL NOTIFY** Defendant of the commencement of this action by transmitting a Notice of Electronic Filing in accordance with Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure.

**SIGNED** and **ENTERED** this 18th day of August, 2026.

**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**

---

seeks monetary relief against a defendant who is immune from such relief." § 1915(e)(2)(B). While the Court does not currently find dismissal is required, it reserves its authority to dismiss this case at a later date.